## ALGER *v.* ANDERSON BANKING COMPANY.

[No. 14,478. Filed January 31, 1933. Rehearing denied May 19, 1933.]

*Wyman J. Beckett* and *Louis Kimberlin,* for appellant.

*Bingham, Mendenhall & Bingham,* for appellee.

KIME, P. J.—This cause is similar to three other actions brought against appellee, all of which present the same question of law. The question presented is whether or not an action for personal injuries abates upon the death of the wrongdoer, and was decided in the recent case of *Stucky* v. *Stanley, Admr.* (1933), 97 Ind. App. 341, 184 N. E. 300.

This cause is therefore affirmed on the authority of *Stucky* v. *Stanley, supra.*